

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00251-CV
_____

SIDRONIO CORONADO, APPELLANT

V.

LUBBOCK COUNTY HOSPITAL DISTRICT
D/B/A UNIVERSITY MEDICAL CENTER, APPELLEE

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2021-577,092, Honorable Benjamin A. Webb, Presiding

February 4, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Sidronio Coronado, proceeding pro se, appeals from the trial court's default judgment. Coronado's brief was due January 5, 2022, but was not filed. By letter of January 12, 2022, we notified Coronado that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 24, 2022. To date, Coronado has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam